**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **ELIO MANUEL VASQUEZ SANOJA,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:26-CV-00011 |
| § | |
| **WARDEN**, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

On January 8, 2026, the Court ordered Respondents to show cause and file a response to Petitioner's Habeas Petition by January 16, 2026. (Dkt. 3.) The Court further ordered Petitioner to file a reply to Petitioner's response on or before January 20, 2026. (*Id*.) Respondents filed a timely response, but Petitioner failed to reply. (*See* Dkt. 8.) Respondents notified the Court in their Response that Petitioner was granted voluntary departure under safeguards and that Petitioner will voluntarily depart the United States on or before February 13, 2026. (Dkt. 8, Attach. 2.)

Petitioner is **ORDERED** to submit a reply to Respondents' Response and Motion to Dismiss, (Dkt. 8.), by **January 29, 2026, at 5 PM Central Standard Time**. Petitioner is **ORDERED** to indicate in his reply whether Petitioner is opposed to dismissal of the Petition as moot given the change in circumstances since filing his initial petition. Petitioner is advised that if Petitioner continues to fail to reply, the Court may treat Respondents argument that the Petition should be denied as moot as unopposed.

IT IS SO ORDERED.

SIGNED this January 26, 2026.

                                                Diana Saldaña
                                                United States District Judge