United States District Court
Southern District of Texas
**ENTERED**
March 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ELIO MANUEL VASQUEZ SANOJA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00011** |
| | § | |
| **WARDEN,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Pending before the Court is Petitioner Elio Manual Vasquez's ("Petitioner") Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 19), and Emergency Motion to Expedite Release, (Dkt. 20), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials and the Department of Homeland Security (DHS). The Court ordered Respondents to show cause and submit a response to Petitioner's Amended Petition by March 10, 2026, and Respondents submitted a timely Response and Motion to Dismiss. (Dkts. 18, 21.) The Court further ordered Petitioner to respond to Respondent's filing by March 20, 2026, but Petitioner failed to reply. (*See* Dkt. 18.)

In the Court's order for government response issued on January 8, 2026, the Court ordered that Petitioner not be transferred to another immigration detention center outside of this Court's jurisdiction while his Habeas Petition is pending. (Dkt. 3 at 3–4.) In Respondent's Response and Motion to Dismiss the Amended Petition, Respondents informed the Court that Petitioner is subject to a final order of removal. (Dkt. 21 at 3, 4, Attach. 3 at 3.) The Court's order that Petitioner may not be transferred outside of this district while his Petition is pending, (Dkt. 3 at 3–4), is

hereby **DISSOLVED**. The Government is **ORDERED** to provide a status update **on or before**

**April 2, 2026**, as to whether Petitioner remains in detention.

IT IS SO ORDERED.

SIGNED this March 26, 2026.

Diana Saldaña
United States District Judge